# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMOKELESS TOBACCO COMPANY LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al*. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-00251 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND REQUEST TO STAY**

Defendants filed a Motion to Dismiss Plaintiff's Complaint on April 20, 2018 (Dkt. No. 8). On May 4, 2018, Plaintiff filed both an Opposition to Defendants' Motion to Dismiss and Request to Stay (Dkt. No. 11) and an Amended Complaint (Dkt. No. 10). Defendants respectfully submit that their pending Motion to Dismiss and corresponding Request to Stay were rendered moot by the filing of Plaintiff's Amended Complaint. As a result, Defendants will not respond to any of the other assertions in Plaintiff's Opposition. Defendants will respond to Plaintiff's Amended Complaint in a separate filing.

Respectfully submitted,

/s/  James T. Nelson
JAMES T. NELSON
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044

james.nelson2@usdoj.gov
(202) 616-2376